

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2019

No. 04-19-00242-CV

**IN THE INTEREST OF S.M.H.,** et al., children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01398
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late record is GRANTED. The reporter's record is due on June 21, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court